# HABERN, O'NEIL & ASSOCIATES

## (Not a Partnership)
## Attorneys and Counselors at Law

P.O. Box 8930, Huntsville, Texas 77340
Phone: (936) 435-1380 Facsimile: (936) 435-1089
Website: www.paroletexas.com
Email: trevia@paroletexas.com
Appointments also available in Houston

| Wm. T. Habern | David P. O'Neil P. C. | William Savoie | Nancy Bunin |
| Of Counsel | | | |

June 25, 2015

Court of Criminal Appeals
Attn: Record Section
P.O. Box 12308
Austin, Texas 78711

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**JUN 29 2015**

Abel Acosta, Clerk

RE:   State of Texas v. John Lamberton; DOB 7/31/1969
      Cause No.: **92CR1006 and 92CR1007**

To Whom It May Concern:

This office has been retained to represent Mr. Lamberton in his upcoming review by the Texas Board of Pardons and Paroles. In preparation for that presentation, I am attempting to gather information regarding Mr. Lamberton's past conduct and offense(s) of conviction. Our records indicate that Mr. Lamberton was charged and convicted in Galveston County with the offenses of injury to a child.

To the extent that the records may exist in this case and are maintained in your office, this request includes: copy of the trial records in both cases. **We do not object to the redaction of identifiable information regarding the victim.**

I have included a release executed by Mr. Lamberton authorizing the release of this information to our office. Upon being advised of any costs for production and/or mailing of the records related to this request, we will happily remit the required amount to your offices.

I anticipate that this case will enter the review process and be routed to the Board Office in the near future, so time is of the essence in this matter. If there are any questions, please do not hesitate to contact our offices.

Thank you for your kind attention to this matter.

Sincerely,

Antrevia Purvis
Legal Assistant for
David P. O'Neil

Enclosure